Amy A. Mousavi, SBN 228388
Mousavi & Lee, LLP
2020 Main Street, Suite 900
Irvine, California 92614
Telephone (949) 864-9667
Facsimile (949) 622-8980

Attorneys for Defendant, SAMER SANNOUFI, MD.,
aka SAM SANNOUFI, MD, an individual,

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (SOUTHERN DIVISION)

| | |
|---|---|
| JAMAL HAMADAH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SAMER SANNOUFI, MD., aka SAM SANNOUFI, MD, an individual,<br><br>Defendant. | Civil Action No. 8:17-cv-00132 CJC (JCGx)<br><br>**SUPPLEMENTAL DECLARATION OF SAMER SANNOUFI IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>[Filed Reply Brief in Support of Defendant's Motion for Summary Judgment, or in the Alternative, Summary Adjudication, Evidentiary Objections to the Declaration of Coleen Hager, and Supplemental Declaration of Amy A. Mousavi]<br><br>Date: January 22, 2018<br>Time: 1:30 p.m.<br>Dept.: 9B<br>Before: The Honorable Cormac J. Carney<br><br>Complaint Filed: January 25, 2017<br>Trial Date: February 27, 2018 |

1
**DECLARATION OF SANNOUFI**

**SUPPLEMENTAL DECLARATION OF SAMER SANNOUFI**

I, Samer Sannoufi, hereby declare as follows:

1. I am a party to this lawsuit, which has been initiated by Plaintiff Jamal Hamadah ("Plaintiff"). I make this supplemental declaration in support of Defendant's Motion for Summary Judgment, or in the Alternative, Motion for Summary Adjudication.

2. The following facts are within my personal knowledge. If called as a witness, I could and would competently testify thereto.

3. Once the Company's operations closed, I had to sign a new contract with Primecare, because Primecare contracts are location and physician-specific. That means that the Primecare contract cannot be transferred to a new location, even for the same physician.

4. The Primecare payments reflected on the 1099s were deposited directly into the Company's bank account, so these amounts were received by the Company, not myself personally.

5. A true and correct copy of a redacted correspondence from the Medical Board, in which they agree with my position that the Company was illegal, is attached hereto as Exhibit T.

6. A true and correct copy of the Articles of Organization for the Company is attached hereto as Exhibit U.

7. Plaintiff discovered I was planning to move and acquire a practice in California, and Plaintiff offered to invest in the practice.

8. I was not aware of the illegality of the Company. As such, I never stated to Plaintiff that for the transaction to be legal, he would have to have 51% control of the Company.

9. I never made representations to Plaintiff regarding the anticipated revenues from Primecare being $75,000 within every six months.

///

///

2
**DECLARATION OF SANNOUFI**

1  I declare under penalty of perjury under the law of the United States and the State
2  of California that the forgoing is true and correct. Executed this day January 12, 2018 in
3  Irvine, CA.

                                  /s/ Samer Sannoufi
                                  Samer Sannoufi

3

**DECLARATION OF SANNOUFI**

# Exhibit T

BUSINESS, CONSUMER SERVICES, AND HOUSING AGENCY - *Department of Consumer Affairs*                    EDMUND G. BROWN JR., *Governor*



# MEDICAL BOARD OF CALIFORNIA
## Central Complaint Unit



July 3, 2017

Samer S. Sannoufi, M.D.
6900 Brockton Ave. Ste. 11
Riverside, CA 92506

Regarding:          The corporate practice of medicine in California
Control Number:

Dear Dr. Sannoufi:

The Medical Board of California has received information that Walk-In Urgent Care & Family Practice Clinic, LLC may be under your ownership.

currently or in the past, you shared 50% ownership of Walk-In Urgent Care & Family Practice Clinic, LLC with a layperson.

Medical services and possibly other aspects of the business, can only be offered or provided by certain California-licensed medical professionals authorized to practice medicine. Aiding and abetting unlicensed persons to engage in the corporate practice of medicine is contrary to Business & Professions Code Sections 2052, 2286, 2400, and 2417, and/or Corporations Code Sections 13401, 13401.5, and 13403. Under these and other related laws **non-physicians are strictly prohibited from owning and/or controlling physician services in California**. Lay persons may not practice medicine or exercise control over any medical aspects of a licensed physician's practice.

Business arrangements in which physicians are **employed or contracted** by non-physicians to practice medicine, or in which physicians relinquish control over aspects of their medical practices to unlicensed persons, are prohibited. A high wall must always be maintained between lay administrative and/or management functions (i.e. billing, filing of records) and all elements of medicine customarily associated with practice ownership (i.e., medical fees, staff wages, site location, laboratory contracts, primary control of medical records, etc.). These and similar rules apply to privately held, partnership, and incorporated practices, except that the law allows certain California-licensed health professionals to own up to 49% of the shares in an incorporated practice.

The following types of medical practice ownership and operating structures are prohibited:

1. Non-physicians operating a business for which physician ownership and operation are required: any business that advertises, offers, and/or provides patient evaluation, diagnosis, care, and/or treatment; these are services which can only be <u>offered or provided</u> by persons authorized to practice medicine.

2. Physician(s) operating a medical practice as a "limited liability" entity.

3. Management Service Organizations arranging for, advertising, or providing medical services rather than only providing administrative staff and services for a physician's medical practice (non-physicians exercising controls over physician medical practice, even where physicians own and operate the business).

4. A physician acting as "medical director" for a business not authorized to practice medicine which offers and/or provides medical services. For example, business offering spa treatments that includes medical procedures such as Botox injections, laser hair removal, and microdermabrasion and which contracts or hires a physician as its "medical director".

[redacted]

Sincerely,

*[signature]*

Marco Armas
Associate Analyst
marco.armas@mbc.ca.gov
P: 916.263.2482
F: 916.263.2435

Enclosures:   Business & Professions Code Sections 2052, 2285, 2286, 2400 - 2417
              Corporations Code Sections 13400 - 13410

# Exhibit U

2013 20610419

| LLC-1 | **Articles of Organization of a Limited Liability Company (LLC)** |
|---|---|

To form a limited liability company in California, you can fill out this form, and submit for filing along with:
- A **$70** filing fee.
- A separate, non-refundable **$15** service fee also must be included, if you drop off the completed form or document.

*Important!* LLCs in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

LLCs may not provide "professional services," as defined by California Corporations Code sections 13401(a) and 13401.3.

Note: *Before submitting the completed form*, you should consult with a private attorney for advice about your specific business needs.

FILED
Secretary of State
State of California

JUL 2 2 2013

I PC

This Space For Office Use Only

For questions about this form, go to *www.sos.ca.gov/business/be/filing-tips.htm*.

**LLC Name**

① WALK-IN URGENT CARE & FAMILY PRACTICE CLINIC LLC
   *Proposed LLC Name* — The name **must** end with: "LLC," "L.L.C.," "Limited Liability Company," "Limited Liability Co.," "Ltd. Liability Co." or "Ltd. Liability Company;" and **may not** include: "bank," "trust," "trustee," "incorporated," "inc.," "corporation," or "corp.," "insurer," or "insurance company." For general entity name requirements and restrictions, go to www.sos.ca.gov/business/be/name-availability.htm.

**Purpose**

② The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the Beverly-Killea Limited Liability Company Act.

**LLC Addresses**

③ a. 1337 Contessa     Irvine     CA 92620
      *Initial Street Address of LLC*     *City (no abbreviations)*     *State   Zip*

   b. _____     _____     ____  ____
      *Initial Mailing Address of LLC, if different from 3a*     *City (no abbreviations)*     *State   Zip*

**Service of Process** (List a California resident or an active 1505 corporation in California that agrees to be your initial agent to accept service of process in case your LLC is sued. You may list any adult who lives in California. You may **not** list an LLC as the agent. **Do not** list an address if the agent is a 1505 corporation.)

④ a. Ghayda Shoora
      *Agent's Name*

   b. 1337 Contessa     Irvine     CA 92620
      *Agent's Street Address (if agent is not a corporation)*     *City (no abbreviations)*     *State   Zip*

**Management** (Check only one.)

⑤ The LLC will be managed by:

☐ One Manager     ☐ More Than One Manager     ☑ All Limited Liability Company Member(s)

This form must be signed by each organizer. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of organization.

▶ _/s/ [signature]_     Julia Greenberg-Aguilar
  *Organizer - Sign here*     *Print your name here*

| Make check/money order payable to: **Secretary of State** | **By Mail** | **Drop-Off** |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | Secretary of State 1500 11th Street., 3rd Floor Sacramento, CA 95814 |

Corporations Code §§ 17051, 17052, 17375, Revenue and Taxation Code § 17941
LLC-1 (REV 01/2013)

2013 California Secretary of State
www.sos.ca.gov/business/be

PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss:
COUNTY OF ORANGE        )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 2020 Main Street, Suite 900, Irvine, CA 92614-8203.

On January 12, 2018, I electronically filed Supplemental Declaration of Samer Sannoufi in Support of Defendant's Motion for Summary Judgment, or in the Alternative, Summary Adjudication with the Clerk of the United States District Court of California, using the CM/ECF system. The court's CM/ECF system will send an email notification of the filing and following parties and counsel of record who are registered with the Court's CM/ECF system:

Roger L. Cohen, Esq.
JABURG & WILK, PC
3200 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone: (620) 248-1000
Attorney for Plaintiff

Stephen B. Mashney, Esq.
MASHNEY LAW OFFICES, APC
335 N. Brookhurst Street
Anaheim, CA 92801
Attorney for Plaintiff

☒ (**BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM**)
In accordance with the electronic filing procedures of this Court, service has been effected on the parties above, whose counsel of record are registered participants of the CM/ECF system.

☒ **(FEDERAL)**
I declare under penalty of perjury under the laws of the State of California that all the foregoing is true and correct, and that I am employed at the office of a member of the car of this Court at whose direction service was made.

Executed on January 12, 2018, at Irvine, California.

/s/ Dorian Ledbetter
Dorian Ledbetter