# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

JAMAL HAMADAH,

    Plaintiff,

  v.

SAMER SANNOUFI,

    Defendant.

Case No.: SACV 17-00132-CJC(JCGx)

JUDGMENT

The arguments having been presented and fully considered, and in accordance with the Court's January 25, 2018 Order granting summary judgment in favor of Defendant Samer Sannoufi on Plaintiff Jamal Hamadah's operative First Amended Complaint,

It is therefore now **ORDERED, ADJUDGED, AND DECREED** that judgment is entered in this action as follows:

1. Plaintiff Jamal Hamadah shall recover nothing from Defendant Samer Sannoufi on Plaintiff Jamal Hamadah's operative First Amended Complaint, and his claims are dismissed on their merits and with prejudice;

2. Defendant Samer Sannoufi shall have judgment in his favor on Plaintiff Jamal Hamadah's operative First Amended Complaint; and

3. Defendant shall recover from Plaintiff Jamal Hamadah costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

**IT IS SO ORDERED.**

DATED: March 30, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE